# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION IN DAYTON

| | |
|---|---|
| **EVENFLO COMPANY, INC.,** : | |
| : | |
| Plaintiff/Counter-Defendant, : | |
| : | Case No. 3:20-cv-00030 |
| v. : | |
| : | Judge Thomas M. Rose |
| **VEER GEAR LLC,** : | |
| : | |
| **Defendant/Counter-Plaintiff.** : | |

### ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF VEER GEAR'S MOTION TO DESIGNATE GLENN FORBIS AS TRIAL ATTORNEY

Before the Court is Defendant/Counter-Plaintiff Veer Gear LLC's unopposed Motion to Designate Glenn Forbis as Trial Attorney. For good cause having been shown, the Motion is GRANTED, and Glenn Forbis is hereby designated as the Trial Attorney for Defendant/Counter-Plaintiff Veer Gear LLC.

IT IS SO ORDERED.

*s/ Thomas M. Rose*
UNITED STATES DISTRICT JUDGE