# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| EVENFLO COMPANY, INC., | : | Case No. 3:20-cv-30 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| VEER GEAR, LLC, | : | |
| | : | |
| Defendant. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER

This matter is before the Court on the parties' Joint Motion for Leave to Extend Deadlines. For good cause shown, the Joint Motion for Leave to Extend Deadlines (Doc. No. 32) is **GRANTED**. Accordingly, this matter shall proceed as follows:

| | |
|---|---|
| Motion to Amend Pleadings | February 15, 2022 |
| Fact Discovery Cut-off | April 1, 2022 |
| Initial Expert Witness Disclosures | April 29, 2022 |
| Opposing Expert Witness Disclosures | May 26, 2022 |
| Rebuttal Expert Witness Disclosures | June 16, 2022 |
| Expert Depositions Complete | July 22, 2022 |
| Telephone Status Conference | August 3, 2022 at 10:30 am |
| Summary Judgment Deadline | August 11, 2022 |
|     Response Deadline | September 1, 2022 |
|     Reply Deadline | September 15, 2022 |

2

| | |
|---|---|
| Final Pretrial Conference | February 22, 2023 at 1:30 pm |
| Jury Trial | March 13, 2023 at 9:00 am |

The Hearing on Motions for Summary Judgment set for July 21, 2022 at 9:30 am before Judge Thomas M. Rose is hereby **VACATED**.

**IT IS SO ORDERED**.

November 18, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge