IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF OHIO WESTERN DIVISION

| | |
|---|---|
| EVENFLO COMPANY, INC., | ) |
| Plaintiff / Counter-Defendant, | ) Case No. 3:20-cv-00030 |
| v. | ) |
| VEER GEAR LLC, | ) JUDGE THOMAS M. ROSE |
| Defendant / Counter-Plaintiff. | ) |

**ORDER OF DISMISSAL: TERMINATION ENTRY**

The Court having been advised on or about June 14, 2023, that the above matter is now resolved, IT IS ORDERED that this action is hereby DISMISSED, with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: June 21, 2023

s/Thomas M. Rose
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1